Slip Op. 24-36

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TRINA SOLAR (CHANGZHOU) SCIENCE & TECHNOLOGY CO., LTD., *ET AL.*, | |
| Plaintiffs, | |
| v. | |
| UNITED STATES, | Before: Jane A. Restani, Judge |
| Defendant, | Court No. 23-00219 |
| and | |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING, | |
| Defendant-Intervenor. | |

## JUDGMENT

This matter is before the court following the filing of the results of the first remand order. See Final Results of Redetermination Pursuant to Court Remand, ECF No. 29 (Feb. 22, 2024) ("Remand Results"); see also Trina Solar (Changzhou) Sci. & Tech. Co., Ltd. v. United States, Slip Op. 23-174, 2023 WL 8600801 (CIT Dec. 12, 2023) ("Remand Order"). The court remanded to the United States Department of Commerce ("Commerce") after Commerce requested remand in order to allow it to either reconsider or further explain its ocean freight calculation in this case. See Defendant's Affirmative Motion for Remand, ECF No. 23 (Dec. 11, 2023); see also Remand Order.

In the Remand Results, Commerce changed the way it calculated ocean freight, and no party now objects to the new calculation. See Remand Results at 5; see also Defendant's Notice Regarding Comments to Remand Results, ECF No. 31 (Mar. 14, 2024). The Remand Results comply with the court's order. Accordingly, it is

Court No. 23-00219 Page 2

      **ORDERED**, **ADJUDGED**, and **DECREED** that the <u>Remand Results</u> by the United States Department of Commerce are **SUSTAINED**.

                                                           <u>  /s/ Jane A. Restani  </u>
                                                            Jane A. Restani, Judge

Dated: March 21, 2024
       New York, New York